Robert David Baker, Inc.
Robert David Baker, Esq. (87314)
80 South White Road
San Jose, CA 95127
(408) 251-3400 Telephone
(408) 251-3401 Facsimile

Attorney for Plaintiff
RAMON GONZALES-ARTEAGA

**IT IS SO ORDERED**
*[signature]*
Judge Edward J. Davila

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA,

# SAN JOSE FACILITY

| | |
|---|---|
| RAMON GONZALES-ARTEAGA<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MAKPLATE, LLC; ALI YAHYA; ZAIN YAHYA,<br><br>　　　　Defendants. | CASE NUMBER: 11-CV-05406-EJD<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>[FRCP 41(a)(1)(ii) |

TO: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, HONORABLE EDWARD J. DAVALA:

The parties to the above-entitled matter, through their respective counsel of record, hereby stipulate to the dismissal of the above-entitled action, with prejudice.

IT IS SO STIPULATED:     The clerk shall close this file.

Dated: October 22, 2012

　　　s/Robert David Baker
Robert David Baker, Esq.
Attorney for Plaintiff
Ramon Gonzales Areaga

//

//

Dated: October 22, 2012

*[signature]*

Marc A. Eisenhart
Attorney for Makplate, LLC,
Ali Yahya, Zain Yahya