1  Robert David Baker, Inc.
   Robert David Baker, Esq. (87314)
2  80 South White Road
   San Jose, CA 95127
3  (408) 251-3400 Telephone
   (408) 251-3401 Facsimile
4
   Attorney for Plaintiff
5  RAMON GONZALES-ARTEAGA

*IT IS SO ORDERED*
*Judge Edward J. Davila*

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA,

9                    SAN JOSE FACILITY

10

11 | RAMON GONZALES-ARTEAGA            | CASE NUMBER: 11-CV-05406-EJD

12 |        Plaintiffs,                | STIPULATION OF DISMISSAL WITH
                                       | PREJUDICE
13 |    vs.
                                       | [FRCP 41(a)(1)(ii)]
14 | MAKPLATE, LLC; ALI YAHYA; ZAIN

15 | YAHYA,

16 |        Defendants.

17        TO: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF

18 CALIFORNIA, HONORABLE EDWARD J. DAVALA:

19        The parties to the above-entitled matter, through their respective counsel of record,

20 hereby stipulate to the dismissal of the above-entitled action, with prejudice.

21        IT IS SO STIPULATED:    The clerk shall close this file.

22        Dated: October 22, 2012

23        ___s/Robert David Baker___
          Robert David Baker, Esq.
24        Attorney for Plaintiff
25        Ramon Gonzales Areaga

26 //

27 //

28

1
2  Dated: October 22, 2012
3  _____
4  Marc A. Eisenhart
   Attorney for Makplate, LLC,
5  Ali Yahya, Zain Yahya
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28